AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>SHANSTROM, JACK D. | 2. Court or Organization<br><br>U.S. COURTS | 3. Date of Report<br><br>05/07/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>P.O. Box 985<br>Billings, MT 59103-0985 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 20 P 1:08 FINANCIAL DISCLOSURE OFFICE

Shanstrom_Jack_D

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1. Self | Public Employees Retirement System | $52,272.12 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. Spouse | Teacher's Retirement System |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| SHANSTROM, JACK D. | . | 05/07/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHANSTROM, JACK D. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bancopr Del shares - self | A | Dividend | J | T | | | | | |
| 2. Microsoft Corp shares -self | A | Dividend | J | T | | | | | |
| 3. Municipal Bond - MT ST V Health Fac Auth | C | Dividend | K | T | Buy | 8/21 | L | | Pur. 2007-prev. omitted |
| 4. Municpal bond - MT Fac Fin Authority | B | Dividend | K | T | Buy | 12/17 | K | | Pur. 2007 - prev. omitted |
| 5. Ambase Corp. stock - self - IRA | A | Dividend | | | Sold | 5/3 | J | A | |
| 6. Microsoft shares - self-IRA | A | Dividend | J | T | Buy | 7/3 | J | | |
| 7. Microsoft shares - self- IRA | A | Dividend | J | T | Buy | 2/26 | J | | |
| 8. Costco shares - self - IRA | A | Dividend | J | T | | | | | |
| 9. Siti-Sites shares - self - IRA | A | Dividend | | | Sold | 5/23 | J | A | |
| 10. Five Star Quality stock - self - IRA | A | Dividend | | | Sold | 5/13 | J | A | |
| 11. Target stock - ██ | A | Dividend | J | T | | | | | |
| 12. NWL shares - ██ | A | Dividend | J | T | Buy | 8/13 | J | | |
| 13. SIRI stock - ██ | A | Dividend | J | T | | | | | |
| 14. Touch America stock - ██ | A | Dividend | J | T | | | | | |
| 15. Wal-Mart stock - ██ | A | Dividend | J | T | | | | | |
| 16. 3M stock- ██ | A | Dividend | J | T | | | | | |
| 17. Gannett stock - ██ | A | Dividend | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SHANSTROM, JACK D. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Home Depot stock- | A | Dividend | J | T | | | | | |
| 19. Lowes stock - | A | Dividend | J | T | | | | | |
| 20. Avon stock- | A | Dividend | J | T | | | | | |
| 21. Kimberly Clarke stock- | A | Dividend | J | T | | | | | |
| 22. Sara Lee stock - | A | Dividend | J | T | | | | | |
| 23. Amgen stock - | A | Dividend | J | T | | | | | |
| 24. AstraZeneca stock - | A | Dividend | J | T | | | | | |
| 25. GlaxoSmithKline stock- | A | Dividend | J | T | | | | | |
| 26. Johnson & Johnson stock - | A | Dividend | J | T | | | | | |
| 27. Eli Lilly stock- | A | Dividend | J | T | | | | | |
| 28. Pfizer stock - | A | Dividend | J | T | | | | | |
| 29. Wyeth stock - | A | Dividend | J | T | | | | | |
| 30. Municipal bond - MT St V Health Facs Auth | C | Dividend | K | T | Buy | 8/21 | L | | Pur. 2007 - prev. omitted |
| 31. Bank of America shares- | A | Dividend | J | T | | | | | |
| 32. Citigroup shares - | A | Dividend | J | T | | | | | |
| 33. MBIA shares - | A | Dividend | J | T | | | | | |
| 34. US Bancorp - | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHANSTROM, JACK D. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wachovia - ▉ | A | Dividend | J | T | | | | | |
| 36. Washington Mutual - ▉ | A | Dividend | | | Sold | 6/26 | J | A | |
| 37. Wells Fargo - ▉ | A | Dividend | J | T | | | | | |
| 38. Municipal bond - Fed. Home Ln BK - ▉ | B | Dividend | J | T | Buy | 10/17 | K | | Pur. 2007 – prev. omitted |
| 39. Municipal bond - Fed. Home LN BK - ▉ | B | Dividend | J | T | Buy | 10/22 | K | | Pur. 2007 – prev. omitted |
| 40. Municipal bond - Fed. Home LN BK - ▉ | B | Dividend | L | T | Buy | 1/30 | L | | |
| 41. Municipal bond - Fed. Home LN BK - ▉ | B | Dividend | L | T | Buy | 2/11 | L | | |
| 42. Ambase aroxk - ▉ - IRA | A | Dividend | J | T | | | | | |
| 43. Boeing stock- ▉ - IRA | A | Dividend | J | T | Buy | 12/2 | J | | |
| 44. Costco stock - ▉ - IRA | A | Dividend | J | T | | | | | |
| 45. Siti-Sites stock - ▉ - IRA | A | Dividend | | | Sold | 5/23 | J | A | |
| 46. Motorola stock - ▉ - IRA | A | Dividend | J | T | | | | | |
| 47. GE stock - ▉ - IRA | A | Dividend | J | T | Sold (part) | 5/2 | J | A | |
| 48. Hewlett Packard stock - ▉ IRA | A | Dividend | J | T | | | | | |
| 49. Five Star Quality stock - ▉ - IRA | A | Dividend | J | T | | | | | |
| 50. STSA stock - ▉ - IRA | A | Dividend | J | T | | | | | |
| 51. HRP stock | B | Dividend | | T | Buy | 12/8 | J | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SHANSTROM, JACK D. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   Visteon Corp stock - ███ - IRA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHANSTROM, JACK D. | 05/07/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

With regard to Lines 3, 4, 30, 38, and 39, these were purchases made in 2007, but inadvertently not reported on the 2007 Financial Disclosure Report.

| Name of Person Reporting | Date of Report |
|---|---|
| SHANSTROM, JACK D. | 05/07/2009 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu█████████████████████████

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSI███████████████ ██ ████ ████ ██PORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544